# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**MICHAEL EDWARD ALLEN**                                **PLAINTIFF**

**v.**                 **CASE NO. 4:13CV00086 BSM/JTK**

**RANDY MURRAY, Jail Commander,**
**Van Buren County Jail et al.**                               **DEFENDANTS**

## ORDER

On February 27, 2013, an order was entered directing plaintiff Michael Allen to pay the $350 filing fee for this action, or to file a motion to proceed *in forma pauperis* within thirty days [Doc. No. 3]. Allen was further advised that failure to timely and properly file the statutory fee or *in forma pauperis* motion would result in the dismissal of his claims, without prejudice, against defendants, pursuant to local rule 5.5(c)(2). A copy of the order sent to Allen at his last known address was returned to sender [Doc. No. 4]. As of this date, Allen has not paid the filing fee, filed a motion to proceed *in forma pauperis*, or sent any other form of correspondence.

IT IS THEREFORE ORDERED THAT:

Pursuant to local rule 5.5(c)(2), Allen's complaint is dismissed, without prejudice, due to his failure to comply with the February 27, 2013, order.

An appropriate judgment shall accompany this order.

DATED this 16th day of May 2013.

_____
UNITED STATES DISTRICT JUDGE